# DISPATCHED EVENT SUMMARY

## CALL INFORMATION

| Field | Value | Field | Value |
|---|---|---|---|
| Event Number | #MWPD22-006715 | Nature Code | DISPUT - DISPUTE |
| | | Sub-Nature Code | |
| Agency | MWPD - MT. WASHINGTON POLICE DEPARTMENT | Group | MWPD - MT. WASHINGTON POLICE DEPARTMENT |
| | | Response Code | 2LAW |
| Time | 09-03-2022 21:07:55 | Call Taker | 1276 |
| Call Taker Workstation | DISP1 | Class of Service | P |
| OOJ | FALSE | | |
| Dispatched Date/Time | 09-03-2022 21:10:49 | Dispatcher | 1190 |
| Dispatcher Workstation | DISP4 | Origin Code | W - WIRELESS 9-1-1 CALL |
| Cleared Date/Time | 09-04-2022 01:58:05 | Cleared User | 1177 |
| Cleared Workstation | DISP3 | Priority | H - HIGH |
| Cancelled Date/Time | | Cancelled User | |
| Cancelled Workstation | | Disposition Code | CLEAR - CLEAR |

## Address

| Field | Value |
|---|---|
| Address | 109 FOXTAIL CT, MOUNT WASHINGTON, KY 40047 |
| Override | FALSE |
| Township | |
| Location Notes | |
| Grid | |
| Cross Street 1 | DOGWOOD DR |
| Cross Street 2 | DEAD END |
| Latitude | 38.0351720192183 |
| Longitude | -85.5585066146433 |
| ESN | 103 |
| GEO Code | |
| DOT # | |
| Map Page | |
| Hydrant | |
| Mile Post | |
| Place | |

## RESPONSES

| Field | Value |
|---|---|
| Law SubBeat | MWPD |
| Law Beat | MWPD |
| Law Other | |
| PD Jurisdiction | MT. WASHINGTON |
| Fire SubDistrict | 31-164 |
| Fire District | MWFD - MT. WASHINGTO |
| FD Jurisdiction | MT. WASHINGTON |
| Response | 2LAW |
| Level | |
| EMS | MWFEMS |
| Method | |
| EPD | |
| EFD | |
| EMD | |

## PERSON 1

<!-- redacted -->

## CALL DESCRIPTION

| Type | Date/Time | User | Workstation | Note |
|---|---|---|---|---|
| NOTE | 09-03-2022 21:09:14 | 1276 | DISP1 | CM ADV THAT HER HUSBAND IS ON METH - UNK WEAPON - CM ADV THAT THE M IS NOT CURRENTLY BEING AGGRESSIVE |
| NOTE | 09-03-2022 21:09:39 | 1276 | DISP1 | CM ADV THAT THE M IS TEARING APART THE HOSUE |
| NOTE | 09-03-2022 21:09:55 | 1276 | DISP1 | M IS JOSH ELSWICK |
| NOTE | 09-03-2022 21:10:48 | 1276 | DISP1 | M POSS HAS METH ON HIM |
| NOTE | 09-03-2022 21:11:08 | 1276 | DISP1 | M LSW ALL DARK CLOTHING |
| NOTE | 09-03-2022 21:11:27 | 1276 | DISP1 | M IS CARRYING STUFF OUTSIDE |
| NOTE | 09-03-2022 21:11:52 | 1276 | DISP1 | IF THE M TRIES TO LEAVE IT IS GOING TO BE ON FOOT |
| NOTE | 09-03-2022 21:17:00 | 1190 | DISP4 | M RAN OUT THE BACK ON SIDE OF HOUSE |
| NOTE | 09-03-2022 21:17:24 | 1190 | DISP4 | 1086 |
| NOTE | 09-03-2022 21:21:25 | 1190 | DISP4 | UNIT 330 STATUS CHECKED BY DISPATCHER |
| NOTE | 09-03-2022 21:26:11 | 1190 | DISP4 | UNIT 330 STATUS CHECKED BY DISPATCHER |
| NOTE | 09-03-2022 21:30:51 | 1190 | DISP4 | UNIT 330 STATUS CHECKED BY DISPATCHER |
| NOTE | 09-03-2022 21:32:51 | 1190 | DISP4 | 333 REQ EMS C/1 FOR VOLUNT. |
| NOTE | 09-03-2022 21:38:11 | 1190 | DISP4 | UNIT 330 STATUS CHECKED BY DISPATCHER |
| NOTE | 09-03-2022 21:45:45 | 1190 | DISP4 | 1086R |
| NOTE | 09-03-2022 22:00:44 | 1190 | DISP4 | 10-3 |
| NOTE | 09-03-2022 22:03:25 | 1190 | DISP4 | 1086 |
| NOTE | 09-03-2022 22:04:47 | 1190 | DISP4 | LIFT 10-3 |
| NOTE | 09-03-2022 22:09:18 | 1190 | DISP4 | 1086 |

## DISPATCHED UNITS

| AGENCY | UNIT | OFFICER | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP | EN ROUTE | ON SCENE | PATIENT CONT | ENR TO HOSP | AT HOSP | LEAVE HOSP | TRANS START | TRANS ARRIVE | TRANS COMPLT | RTN TO QRTRS | AVL ON SCENE | IN QRTRS | CLEAR | MINS |
| MWPD | | 333 | | 7750 - PUSZERT, JAMES | | | | | | | | | | |
| 21:10:49 | | 21:16:10 | | | | | 00:17:08 | 00:25:26 | | | | | 01:58:03 | 287 |
| MWPD | | 334 | | 7724 - SWEENEY, TODD | | | | | | | | | | |
| 21:10:56 | | 21:16:16 | | | | | | | | | | | 23:05:06 | 114 |
| MWPD | | 330 | | 7754 - BATSON, MARK | | | | | | | | | | |
| 21:11:31 | | 21:18:15 | | | | | | | | | | | 23:48:12 | 157 |
| MWPD | | 331 | | 7747 - BEST, TROY | | | | | | | | | | |
| 21:12:46 | | | | | | | | | | | | | 21:12:49 | 0 |

## REPORTS

| AGENCY | UNIT | Report Number | AUTHOR | TYPE | SYSTEM | DATE CREATED | RPT CANC |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| Event Number | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| #MWPD22-006715 | | | | | | | | | | | | | | |

| AGENCY | | UNIT | | OFFICER | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP | EN ROUTE | ON SCENE | PATIENT CONT | ENR TO HOSP | AT HOSP | LEAVE HOSP | TRANS START | TRANS ARRIVE | TRANS COMPLT | RTN TO QRTRS | AVL ON SCENE | IN QRTRS | CLEAR | MINS |
| MWPD | | 332 | | 7752 - DAVIS , BRADLEY | | | | | | | | | | |
| 21:12:51 | | | | | | | | | | | | | 21:23:14 | 10 |
| MWPD | | 332 | | 7752 - DAVIS , BRADLEY | | | | | | | | | | |
| 21:48:27 | | 21:48:30 | | | | | | | | | | | 23:49:52 | 121 |
| MWPD | | 331 | | 7747 - BEST, TROY | | | | | | | | | | |
| 22:01:14 | | 22:01:26 | | | | | | | | | | | 23:49:39 | 108 |

DISPATCHED UNITS

**SUPPLEMENTAL EVENT NOTES**           Page 3 of 3                           Printed: 02-13-2023 13:25:26

| Event Number | | | | | |
|---|---|---|---|---|---|
| #MWPD22-006715 | | | | | |
| NOTE | 09-03-2022 22:54:45 | 1177 | DISP3 | 332 ENT TO ULS TO GET 333 | |
| NOTE | 09-04-2022 00:17:08 | 1177 | DISP3 | 333, 333 TO JAIL | |
| NOTE | 09-04-2022 00:25:26 | 1177 | DISP3 | 333, 333 ARRIVED AT JAIL | |

CALL DESCRIPTION (continued)

| CALL INFORMATION | | | | | |
|---|---|---|---|---|---|
| Event Number #MWFEMS22-002219 | | Nature Code PSYCHE - PSYCH/BEHAVIORAL (E) | | Sub-Nature Code | |
| Agency MWFEMS - MT. WASHINGTON FIRE EMS | | Group MWFEMS - MT. WASHINGTON FIRE EMS | | Response Code MWFEMS | |
| Time 09-03-2022 21:32:53 | CALL TAKER 1190 | CALL TAKER WORKSTATION DISP4 | | Class of Service E | OOJ FALSE |
| DISPATCHED DATE/TIME 09-03-2022 21:33:19 | DISPATCHER 1276 | DISPATCHER WORKSTATION DISP1 | | Origin Code | |
| CLEARED DATE/TIME 09-03-2022 23:25:52 | CLEARED USER SERVER | CLEARED WORKSTATION IDCADSERVER | | PRIORITY H - HIGH | |
| CANCELLED DATE/TIME | CANCELLED USER | CANCELLED WORKSTATION | | Disposition Code | |

| Address | | | | |
|---|---|---|---|---|
| ADDRESS 109 FOXTAIL CT, MOUNT WASHINGTON, KY 40047 | | | OVERRIDE FALSE | TOWNSHIP |
| LOCATION NOTES | | | | Grid |
| CROSS STREET 1 DOGWOOD DR | | CROSS STREET 2 DEAD END | LATITUDE 38.0351720192183 | LONGITUDE -85.5585066146433 |
| ESN 103 | GEO CODE | DOT # | MAP PAGE | HYDRANT | MILE POST | PLACE |

| RESPONSES | | | | |
|---|---|---|---|---|
| Law SubBeat MWPD | Law Beat MWPD | Law Other | PD JURISDICTION MT. WASHINGTON | |
| Fire SubDistrict 31-164 | Fire District MWFD - MT. WASHINGTO | FD JURISDICTION MT. WASHINGTON | RESPONSE MWFEMS | LEVEL 1 |
| EMS MWFEMS | | METHOD | EPD | EFD | EMD |

███████████████████████████████████

## PERSON 1

## CALL DESCRIPTION

| | | | | |
|---|---|---|---|---|
| NOTE | 09-03-2022 21:09:14 | 1276 | DISP1 | CM ADV THAT HER HUSBAND IS ON METH - UNK WEAPON - CM ADV THAT THE M IS NOT CURRENTLY BEING AGGRESSIVE |
| NOTE | 09-03-2022 21:09:39 | 1276 | DISP1 | CM ADV THAT THE M IS TEARING APART THE HOSUE |
| NOTE | 09-03-2022 21:09:55 | 1276 | DISP1 | M IS JOSH ELSWICK |
| NOTE | 09-03-2022 21:10:48 | 1276 | DISP1 | M POSS HAS METH ON HIM |
| NOTE | 09-03-2022 21:11:08 | 1276 | DISP1 | M LSW ALL DARK CLOTHING |
| NOTE | 09-03-2022 21:11:27 | 1276 | DISP1 | M IS CARRYING STUFF OUTSIDE |
| NOTE | 09-03-2022 21:11:52 | 1276 | DISP1 | IF THE M TRIES TO LEAVE IT IS GOING TO BE ON FOOT |
| NOTE | 09-03-2022 21:17:00 | 1190 | DISP4 | M RAN OUT THE BACK ON SIDE OF HOUSE |
| NOTE | 09-03-2022 21:17:24 | 1190 | DISP4 | 1086 |
| NOTE | 09-03-2022 21:21:25 | 1190 | DISP4 | UNIT 330 STATUS CHECKED BY DISPATCHER |
| NOTE | 09-03-2022 21:26:11 | 1190 | DISP4 | UNIT 330 STATUS CHECKED BY DISPATCHER |
| NOTE | 09-03-2022 21:30:51 | 1190 | DISP4 | UNIT 330 STATUS CHECKED BY DISPATCHER |
| NOTE | 09-03-2022 21:32:51 | 1190 | DISP4 | 333 REQ EMS C/1 FOR VOLUNT. |
| NOTE | 09-03-2022 21:45:45 | 1190 | DISP4 | 1086R |
| NOTE | 09-03-2022 22:00:44 | 1190 | DISP4 | 10-3 |
| NOTE | 09-03-2022 22:03:25 | 1190 | DISP4 | 1086 |
| NOTE | 09-03-2022 22:04:47 | 1190 | DISP4 | LIFT 10-3 |
| NOTE | 09-03-2022 22:09:18 | 1190 | DISP4 | 1086 |
| NOTE | 09-03-2022 22:20:50 | TDONNEL | MWFE02 | 3185, 3185 EH TO SOUTH - UL MEDICAL CENTER SOUTH - MIL: |

## DISPATCHED UNITS

| AGENCY | UNIT | | OFFICER | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| DISP | EN ROUTE | ON SCENE | PATIENT CONT | ENR TO HOSP | AT HOSP | LEAVE HOSP | TRANS START | TRANS ARRIVE | TRANS COMPLT | RTN TO QRTRS | AVL ON SCENE | IN QRTRS | CLEAR | MINS |
| MWFEMS | 3185 | | 31215 - HOSKINS, LINDSAY, 31228 - WILSON, DAVID | | | | | | | | | | | |
| 21:33:19 | 21:35:27 | 21:42:39 | | 22:20:51 | 22:42:33 | 23:20:03 | | | | | | | 23:25:49 | 112 |

## REPORTS

| AGENCY | UNIT | Report Number | AUTHOR | TYPE | SYSTEM | DATE CREATED | RPT CANC |
|---|---|---|---|---|---|---|---|
| MWFEMS | 3185 | $MWFEMS22-002026 | 1276 | AUTO GENERATED | | 09-03-2022 21:33:19 | NO |

| Event Number |  |  |  |  |  |
|---|---|---|---|---|---|
| #MWFEMS22-002219 |  |  |  |  |  |
| NOTE | 09-03-2022 22:42:32 | TDONNEL | MWFE02 | 3185, 3185 ATH AT SOUTH - MIL |
| NOTE | 09-03-2022 22:54:45 | 1177 | DISP3 | 332 ENT TO ULS TO GET 333 |

| #MWFEMS22-002219 |  |  |  |  |
|---|---|---|---|---|
| NOTE | 09-03-2022 22:42:32 | TDONNEL | MWFE02 | 3185, 3185 ATH AT SOUTH - MIL |
| NOTE | 09-03-2022 22:54:45 | 1177 | DISP3 | 332 ENT TO ULS TO GET 333 |