UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
3:23-CV-33-GNS

JOSHUA AARON ELSWICK,                                    PLAINTIFF

v.

RYAN DERROUGH, individual capacity                       DEFENDANT

---

**DEFENDANT'S MOTION TO SEAL ALL RECORDS AND DOCUMENTS SUPPORTING DEFENDANT'S COMBINED RENEWED MOTION TO COMPEL PLAINTIFF'S ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ RECORDS FROM THE BROOK-DUPONT HOSPITAL AND MOTION TO COMPEL PRODUCTION OF MEDICAL AND BILLING RECORDS FROM CENTRAL STATE HOSPITAL AND ADVANCED BEHAVIORAL HEALTH**

---

Comes Defendant, Ryan Derrough ("Defendant"), in his individual capacity, pursuant to LR 5.6(b)-(c), ▇▇▇▇▇▇▇▇, and this Court's October 16, 2023 Order [DN 38], and hereby moves this Court to enter the attached Order sealing all redacted records filed in conjunction with Defendant's Combined Renewed Motion to Compel Plaintiff's ▇▇▇▇▇▇▇▇ Psychiatric Records from The Brook-Dupont Hospital and Motion to Compel Production of Medical and Billing Records from Central State Hospital and Advanced Behavioral Health, and to further seal all unredacted records filed in conjunction with this motion.  In support of this motion, Defendant states as follows:

1.  On or about August 2, 2023, Defendant filed a Motion to Compel The Brook – Dupont to produce records of Plaintiff's treatment for ▇▇▇▇▇▇▇▇ mental health after The Brook – Dupont failed to disclose same in response to a subpoena duces tecum.  [DN 30].

2.  On October 16, 2023, following a telephonic conference on this matter, the Court denied Defendant's Motion without prejudice, but provided instructions both in the Order and to the

undersigned on how the Court would prefer such Motion to be renewed. [DN 38]. The Court allowed Defendant to renew his Motion to Compel The Brook - Dupont, provide the Court a redacted and an unredacted copy of all supporting records, and file a Motion to Seal all of Plaintiff's redacted and unredacted records supporting the Renewed Motion to Compel.

3. In conjunction with this motion, Defendant has filed a Combined Renewed Motion to Compel Plaintiff's ████████████ Psychiatric Records from The Brook-Dupont Hospital and Motion to Compel Production of Medical and Billing Records from Central State Hospital and Advanced Behavioral Health, containing the following redacted supportive records and documents:

    a. *July 17, 2023 Letter to Charter Hospital Louisville (now The Brook – Dupont).*

    b. *July 17, 2023 Subpoena Duces Tecum to Charter Hospital Louisville (now The Brook – Dupont).*

    c. *July 27, 2023 Response from The Brook – Dupont.*

    d. *October 3, 2023 Letter to Central State Hospital.*

    e. *October 3, 2023 Subpoena Duces Tecum to Central State Hospital.*

    f. *October 10, 2023 Response from Central State Hospital.*

    g. *May 1, 2023 Letter to Advanced Behavioral Health*

    h. *May 1, 2023 Subpoena Duces Tecum to Advanced Behavioral Health*

    i. *Plaintiff's arrest records from Mount Washington Police Department.*

    j. *Bullitt County Computer Aided Dispatch reports related to Plaintiff's September 3, 2022 arrest.*

    k. *Plaintiff's June 9, 2023 Answers and Responses to Defendant's Discovery Requests.*

    l. *Plaintiff's medical records from Seven Counties Services.*

    m. *Portion of Plaintiff's September 19, 2023 deposition transcript.*

4.  Pursuant to the Court's verbal and written Orders from October 16, 2023, attached hereto, please find the above unredacted supportive records and documents.

5.  Pursuant to Local Rule 5.6(b)-(c), ███████████████████████████ ███████████████████████████████████████████, and sealing is required to protect public disclosure of sensitive or private information regarding Plaintiff's diagnosis and treatment for mental illness ████████████. Therefore, granting the instant Motion will protect the privacy of the Plaintiff.

6.  Also pursuant to LR 5.6, the specific portions of the unredacted records in paragraph 3 above, and the redacted records filed in support of Defendant's Renewed Motion to Compel, that should be sealed are:

 a.  Redacted and unredacted *July 17, 2023 Letter to Charter Hospital Louisville (now The Brook – Dupont).*

   i.  All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

 b.  Redacted and unredacted *July 17, 2023 Subpoena Duces Tecum to Charter Hospital Louisville (now The Brook – Dupont).*

   i.  All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

 c.  Redacted and unredacted *July 27, 2023 Response from The Brook – Dupont.*

   i.  All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

 d.  Redacted and unredacted *October 3, 2023 Letter to Central State Hospital.*

       i.   All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

e.   Redacted and unredacted *October 3, 2023 Subpoena Duces Tecum to Central State Hospital.*

       i.   All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

f.   Redacted and unredacted *October 10, 2023 Response from Central State Hospital.*

       i.   All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

g.   Redacted and unredacted *May 1, 2023 Letter to Advanced Behavioral Health.*

       i.   All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

h.   Redacted and unredacted *May 1, 2023 Subpoena Duces Tecum to Advanced Behavioral Health.*

       i.   All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address.

i.   Redacted and unredacted *Plaintiff's arrest records from Mount Washington Police Department.*

       i.   All personal identifiers of Plaintiff, including but not limited to DOB, SSN, Operator's License Number, physical descriptors (height and weight), and Address.  Any and all personal identifiers for any witnesses, or police officers – including badge I.D. numbers.

    j.   Redacted and unredacted *Bullitt County Computer Aided Dispatch reports related to Plaintiff's September 3, 2022 arrest.*

        i.   All personal identifiers of Plaintiff, police officers, and witnesses, including but not limited to DOB, SSN, Operator's License Number, physical descriptors (height and weight), Address, and badge I.D. numbers (police).

    k.   Redacted and unredacted *Plaintiff's June 9, 2023 Answers and Responses to Defendant's Discovery Requests.*

        i.   All personal identifiers of Plaintiff, including but not limited to DOB, SSN, and Address; and the following Answers to Interrogatories: Nos. 1, 2, 3, 4, 5, 7, 8, 9, 10, 16, 17, 18, 20, 21, 22, and 24.

    l.   Redacted and unredacted *Plaintiff's medical records from Seven Counties Services.*

        i.   All personal identifiers of Plaintiff, including but not limited to Name, DOB, Age, SSN, Phone Number(s), and Address; and pages 34 [BATES Stamped 1207] to 46 [BATES Stamped 1219].

    m.  *Portion of Plaintiff's September 19, 2023 Deposition transcript.*

        i.   Please seal all this supportive record/document.

7. The Defendant hereby moves this Court to seal **all records in accordance with the above** for both redacted and unredacted supportive records, filed in conjunction with this motion and Defendant's Combined Renewed Motion to Compel Plaintiff's ▮▮▮▮▮▮▮▮ Psychiatric Records from The Brook-Dupont Hospital and Motion to Compel Production of Medical and Billing Records from Central State Hospital and Advanced Behavioral Health, and enter the attached order.

Respectfully submitted,

/s/ Carol Schureck Petitt
Carol Schureck Petitt
Matthew R. Bastin
VAUGHN PETITT LEGAL GROUP, PLLC
7500 West Highway 146
Pewee Valley, Kentucky 40056
(502) 243-9797
cpetitt@vplegalgroup.com
mbastin@vplegalgroup.com
COUNSEL FOR DEFENDANT

## CERTIFICATE OF SERVICE

It is hereby certified that a true and correct copy of the foregoing was this 26th day of August, 2024, served upon the following via the CM/ECF system and/or electronic mail and/or U.S. Mail:

Craig Sam Agiuar
Sara E. Collins
sam@kylawoffice.com
scollins@kylawoffice.com
1900 Plantside Drive
Louisville, Kentucky 40299
502-888-8888
COUNSEL FOR PLAINTIFF


/s/ Carol Schureck Petitt
VAUGHN PETITT LEGAL GROUP, PLLC