*Joshua Aaron Elswick v. Ryan Derrough*
United States District Court
Western Division of Kentucky, Louisville Division
Civil Action Number 3:22-cv-33-GNS

# EXHIBIT  3
# Media File to be Manually Filed with the Court