**EXHIBIT 7**

Q.   Okay.  And is there any requirement or is it practice to announce these are shock GLOVEs or this is the GLOVE, I'm going to use this on you if you don't do this?

A.   What the -- the practice would've been is if someone says, well, what's that?  Well, these GLOVEs are going to apply a shock if you don't comply or if you don't stop fighting with the staff or --

Q.   But is it only if they ask?  There's no warning given?

A.   Anytime that I've ever had put them on -- you know, I don't think there was a written policy -- but I would've stated -- would've stated that.

Q.   Okay.  To your recollection, the policies, standard operating procedures that were in place in 2022, did they address the GLOVEs specifically?

A.   I don't believe the GLOVE was in that written policy.  I don't recall specifically.  It was, I think they -- it was meant to be an option and a deterrence of low level.

Q.   Okay.  Every law enforcement agency has their SOPs, and I know that, whether it's a prompt good or bad, I know that a lot of law enforcement