**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Kelly L. Stephens
Clerk

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: February 12, 2026

Mr. James J. Vilt Jr.
Western District of Kentucky at Louisville
601 W. Broadway
Suite 106 Gene Snyder U.S. Courthouse
Louisville, KY 40202-2249

Re:    Case No. 25-5632, *Joshua Elswick v. Ryan Derrough*
Originating Case No. 3:23-cv-00033

Dear Mr. Vilt,

Enclosed is a copy of the mandate filed in this case.

Sincerely yours,

s/Kelly Stephens
Appeal Case Manager: Michelle

cc: Mr. Matthew R. Bastin
Ms. Sara Elizabeth Collins
Ms. Carol S. Petitt

Enclosure

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

_____

No: 25-5632

_____

Filed: February 12, 2026

JOSHUA AARON ELSWICK

      Plaintiff - Appellant

v.

RYAN DERROUGH, Individual Capacity

      Defendant - Appellee

<u>MANDATE</u>

Pursuant to the court's disposition that was filed 01/21/2026 the mandate for this case hereby issues today.

COSTS: None